United States District Court
Southern District of Texas
ENTERED
March 02, 2017
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **US NATIONAL HEALTHCARE TRAINING SERVICES,** | § | |
| | § | |
| **Plaintiff(s)** | § | |
| | § | |
| **v.** | § | **4:17-cv-00041** |
| | § | |
| **HEALTH INTEGRITY LLC,** | § | |
| | § | |
| **Defendant(s)** | § | |

**ORDER ON PLAINTIFF'S NOTICE OF NONSUIT
AGAINST HEALTH INTEGRITY LLC**

After considering Plaintiff, US National Healthcare Training Services's Notice of Nonsuit against Health Integrity LLC, the Court

GRANTS the Nonsuit without prejudice.

SIGNED on Mar. 2, 2017.

[signature]
PRESIDING JUDGE